## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| KELSEY BOGGS, | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-583-ALM |
| | § | |
| KRUM INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
|    Defendant | § | |

## ORDER ON PLAINTIFF'S AMENDED OPPOSED MOTION TO MODIFY SCHEDULING ORDER

On this day, came on for consideration Plaintiff's *Amended Opposed Motion To Modify Scheduling Order* (Dkt. #63). The Court, having considered the motion, response, and reply, finds that the motion is meritorious and should be GRANTED.

It is therefore ORDERED that the motion to modify scheduling order is granted, and the Court will enter a separate Amended Scheduling Order setting forth an extension of pertinent deadlines contained in the Court's Order Dkt. #58.

**IT IS SO ORDERED.**

**SIGNED this 3rd day of April, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

1